COMMONWEALTH *vs.* ROBERT J. VALERI. November 18, 1982. The appeal is from an order denying what was treated in the Superior Court as a motion for postconviction relief (Mass.R.Crim.P. 30[a], 378 Mass. 900 [1979]) with respect to the sentences which were imposed on the defendant following his testimony for the prosecution in a case of murder and armed robbery. See *Commonwealth* v. *Gilday,* 367 Mass. 474, 477, 480-482, 489-491 (1975), *S.C.,* 382 Mass. 166, 169-170, 178 (1980).

None of the "loans" of the defendant to the Federal authorities operated as a pardon of any offence (*Ladetto* v. *Commissioner of Correction*, 373 Mass. 859, 859 [1977]), nor is there any merit to any of the other contentions raised by the defendant. See, e.g., *Ponzi* v. *Fessenden*, 258 U.S. 254, 255-256, 259-260, 265-266 (1922); *United States ex rel. Demarois* v. *Farrell*, 87 F.2d 957, 962 (8th Cir. 1937); *In re Liberatore*, 574 F.2d 78, 89 (2d Cir. 1978).

*Order affirmed.*

The case was submitted on briefs.

*Ellen M. Donahue*, Assistant District Attorney, for the Commonwealth.

*Robert J. Valeri*, pro se.